KOYO SEIKO CO., LTD. AND KOYO CORP OF U.S.A. INC., PLAINTIFFS *v.*
UNITED STATES, DEFENDANT, AND TIMKEN CO., DEFENDANT-INTERVENOR

Court No. 90–06–00300

NSK LTD. AND NSK CORP, PLAINTIFFS *v.*
UNITED STATES, DEFENDANT, AND TIMKEN CO., DEFENDANT-INTERVENOR

Court No. 90–06–00309

(Dated May 10, 1994)

## ORDER

TSOUCALAS, *Judge:* The United States Court of Appeals for the Federal
Circuit, having rendered its decision (March 28, 1994) and mandate
(April 18, 1994) affirming-in-part and reversing-in-part the decision of
this Court and remanding these cases for a redetermination of the final
dumping margins, it is hereby

ORDERED that these cases be remanded to the United States Depart-
ment of Commerce, International Trade Administration, for the pur-
pose of redetermining the final dumping margins of Koyo's 1974–1977
and NSK's 1974–1978 TRB entries, and it is further

ORDERED that the margins be determined based upon the complete
record of the administrative review conducted by the Department of
Commerce and on this Court's prior rulings in these cases and the
related Timken case. It is further

ORDERED that the remand results shall be filed within 60 days of the
date of entry of this Order. Any comments on the remand determination
shall be filed within 20 days of the filing of the determination, and rebut-
tal comments, if any, shall be filed within 15 days thereafter.